IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-03053-MSK-KMT

CORRI DITTIMUS, AKA DERRICK ANDERSON, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH, in his official and individual capacity,
ROGER WERHOLTZ, in his official and individual capacity,
TONY CAROCHI, in his official and individual capacity,
TOM CLEMENTS, by and through is Estate,
ARISTEDES ZAVARIS, in his official and individual capacity,
JOE ORTIZ, in his official and individual capacity,
JOHN SUTHERS, in his official and individual capacity,

       Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the ElectronicText Order by Chief Judge Marcia S. Krieger (**Doc. #41**) filed on April 21, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #40**) in so far as that the case be dismissed and the Motion to Dismiss for Lack of Prosecution (**Doc. #26**) and Motion to Dismiss (**Doc. #33**) are DENIED as moot, it is

ORDERED that:

The Recommendation of Magistrate Judge Tafoya (**Doc. #40**) is **ADOPTED** in accordance with (**Doc. #41**). All claims are DISMISSED.

The case will be closed.

Dated this 22nd day April, 2015.

                                            ENTERED FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK


                                            s/Patricia Glover
                                              Deputy Clerk